

06-CR-00214-ORD

FILED — LODGED — ENTERED — RECEIVED

JUN 27 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

     Plaintiff,

     v.

SAMUEL L. DUGAN,

     Defendant.

)
)
)
)
)
)
)
)
)
)

NO. CR06-0214JCC

ORDER CONCERNING SPEEDY
TRIAL RIGHTS UNDER THE
INTERSTATE AGREEMENT ON
DETAINERS

The Court having conducted a hearing in this matter at which government counsel Andrew C. Friedman, defendant Samuel L. Dugan, and defendant's counsel Brian A. Tsuchida all were present; and

IT APPEARING that Dugan originally was charged on October 7, 2005, by complaint, with possession with intent to distribute cocaine base, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B);

IT APPEARING that, at the time that Dugan was charged, Dugan was in the custody of the State of Washington, and that the government therefore filed a detainer against Dugan;

IT APPEARING that Dugan demanded a speedy trial under the Interstate Agreement on Detainers (IAD), and that Dugan's demand was delivered to the United States Attorney's Office on or after January 17, 2006;

IT APPEARING that Dugan therefore would be entitled to be brought to trial within 180 days of January 17, 2006, pursuant to Article III of the IAD;

IT APPEARING that Dugan was transferred from State to federal custody on May

1 | 8, 2006;

2 |     IT APPEARING that Dugan therefore also might be entitled to be brought to trial
3 | within 120 days of May 8, 2006, pursuant to Article IV of the IAD;

4 |     IT APPEARING that defense counsel has represented, on the record in open court,
5 | that he requires additional time beyond these dates to obtain additional fingerprint, DNA,
6 | and purity tests concerning the packaging and drugs involved in this case in order
7 | effectively to represent his client;

8 |     IT APPEARING that Dugan has withdrawn, on the record in open court, his
9 | request for a speedy trial under the IAD; and

10 |     IT APPEARING that Dugan consents to having a magistrate judge conduct the
11 | hearing concerning his rights under the IAD and make the determination that there is
12 | good cause to continue his trial; now, therefore,

13 |     THE COURT FINDS that defense counsel will require additional time beyond
14 | the time contemplated under the IAD in order adequately to investigate this case and
15 | effectively to represent Dugan;

16 |     THE COURT FURTHER FINDS that there is good cause under the IAD to
17 | continue the trial in this case until the currently-contemplated trial date of August 21,
18 | 2006, in order to allow defense counsel to conduct this investigation; therefore,

19 |     IT IS HEREBY ORDERED that the trial in this case be continued until August
20 | 21, 2006; and

21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1         IT IS FURTHER ORDERED that all time between the date of this order and

2 August 21, 2006, is excluded from the time within which a trial must be held under the

3 IAD.

4         DONE this ___27___ day of June, 2006.

5

6

                           MONICA J. BENTON

7                            United States Magistrate Judge

8

9 Presented by:

10

11 JOHN McKAY
   United States Attorney

12

13 /s/ Andrew C. Friedman
   ANDREW C. FRIEDMAN
14 Assistant United States Attorney

15 United States Attorney's Office
   700 Stewart Street, Suite 5220
16 Seattle, Washington 98101-3903
   Telephone:  (206) 553-7970
17 Fax:         (206) 553-0755
   E-mail:     Andrew.Friedman@usdoj.gov

18

19

20 /s/ Brian A. Tsuchida
   BRIAN A. TSUCHIDA
21

   Assistant Federal Public Defender
22 Westlake Center Office Tower
   1601 5th Avenue, Suite 700
23 Seattle, Washington 98101
   Telephone:  (206) 553-1100
24 Fax:         (206) 553-0120
   E-mail:     Brian_Tsuchida@fd.org

25

26

27

28