UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAMUEL LEON DUGAN,

    Defendant.

CR06-214JCC

Minute Order

The following Minute Order is made by direction of the Court, The Honorable Mary Alice Theiler, United States Magistrate Judge:

Defense Counsel's request to withdraw as Counsel of record for Mr. Dugan is GRANTED. Mr. Dugan is to have a new attorney appointed from the CJA panel.

Dated this 19th   day of July, 2006

BRUCE RIFKIN, Clerk

By s/ JUDITH A. NOTHERN
Deputy Clerk